1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   KOBE BRYANT; FREDERICK              Case No. 2:20-cv-01138-ODW (GJS)
     BANKS, individually and as "next
12   friend" thereto & his Estate,

13              Petitioners              **JUDGMENT**

14          v.

15   CENTRAL INTELLIGENCE
     AGENCY, et al.,
16
                Respondents.
17

18

19      Pursuant to the Court's Order Dismissing Petition,

20

21      IT IS ADJUDGED THAT the above-captioned action is dismissed.

22

23   DATE: _February 7, 2020        _                        _____

24                                  OTIS D. WRIGHT II
                                    UNITED STATES DISTRICT JUDGE
25

26

27

28